UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOHNNY TARVER** | **CIVIL ACTION NO. 3:24-cv-0561** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WALMART INC ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 16] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Remand [Doc. No. 9] filed by Plaintiff Johnny Tarver is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims against Defendant Glenn Gilmore are **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this the 3rd day of October 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**